2/19/15

Court of Appeals District

Cadena Reeves Justice Center

300 Dolorosa Suite 3200

San Antonio Texas 780205-3037

Honorable Judge Little John

From:

Maryann Castro Pro-se Appellant

Court Of Appeals Number-04-14-00785

Trial Court Case Number-2011-CI-15957



**<u>Motion to Dismiss the Contesting the Affidavit Of Indigency Counsel Joseph Appelt and Client Manuel Castro are Discriminating against a disabled persons rights due to a disability and the spouse became disabled within the Marriage and hid the disability from the court on Oct 30, 2013.</u>**

Here Comes Maryann Castro Appellant and Pro-Se pray for the Court to dismiss the Contesting of Affidavit of Indigency. Appellant Maryann Castro became disabled within the Marriage and Counsel Joseph Appelt and his client Manuel Castro are being prejudice, and discriminating against a disabled person's right for aide.

Maryann Castro is disabled there is nothing to contest social security statement Please stop Counsel Joseph Appelt from wasting the Courts time to just to prevent Appellant Maryann Castro her right in Appeals Court to Contest the Agreement for Final Divorce to be heard and Served Justice due to Fraud.

Maryann Castro prays for justice

Maryann Castro pro se Appellant

1501 Olive

Jourdanton Texas 78026

830-496-0133

Pacattitude2014@gmail.com

In the Matter of the Marriage of

Manuel G. Castro

And

Maryann Castro

NO.2011-CI-15957

In the District Court

45 JUDICIAL DISTRICTS

BEXAR COUNTY, TEXAS

**<u>Motion to Dismiss the Contesting the Affidavit Of Indigency Counsel Joseph Appelt and Client Manuel Castro are Discriminating against a disabled persons rights due to a disability and the spouse became disabled within the Marriage and hid the disability from the court on Oct 30, 2013.</u>**

Here Comes Maryann Castro Appellant and Pro-Se pray for the Court to dismiss the Contesting of Affidavit of Indigency. Appellant Maryann Castro became disabled within the Marriage and Counsel Joseph Appelt and his client Manuel Castro are being prejudice, and discriminating against a disabled person's right for aide.

Maryann Castro is disabled there is nothing to contest social security statement Please stop Counsel Joseph Appelt from wasting the Courts time to just to prevent Appellant Maryann Castro her right in Appeals Court to Contest the Agreement for Final Divorce to be heard and Served Justice due to Fraud.

Maryann Castro prays for justice


Maryann Castro pro se Appellant

1501 Olive

Jourdanton Texas 78026

830-496-0133

Pacattitude2014@gmail.com

Sent
2/19/15

# Your New Benefit Amount

BENEFICIARY'S NAME: MARYANN CASTRO

Your Social Security benefits will increase by 1.7 percent in 2015 because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food, rent, or energy assistance, bank loans, or for other business. Keep this letter with your important financial records.

## How Much Will I Get And When?

- Your monthly amount (before deductions) is                                              $1,148.90
- The amount we deduct for Medicare medical insurance is                    $104.90
  (If you did not have Medicare as of Nov. 20, 2014,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is          $0.00
  (If you did not elect withholding as of Nov. 1, 2014, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is              $0.00
  (If you did not elect voluntary tax withholding as of
  Nov. 20, 2014, we show $0.00.)
- After we take any other deductions, you will receive                              $864.00

  on or about Jan. 2, 2015.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

You may receive your benefits through direct deposit, a Direct Express® card, or an Electronic Transfer Account. If you still receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org*.

Monday through Friday. are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office. Please have your Social Security claim number available when you are inside the United

Keith Oliver
1501 Oliver
Jourdanton, Texas
78026

Court of Appeals District
Carlina Reeves Justice Center
300 Dolorosa Suite 3200
San Antonio, TX 78205-3037

Keith E. Hottle

2015 FEB 23 AM 11:47

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

KEITH E. HOTTLE, CLERK

Attn: Clerk
Find & Littlejohn To File Please